**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JACOB THOMAS EARLS,
ADC #114556                                                                                            PLAINTIFF

v.                                    5:10-cv-00299-BSM-JTK

JOE HUGHES, et al.                                                                                DEFENDANTS

**<u>ORDER</u>**

By Order dated October 18, 2010 (Doc. No. 3), this Court granted Plaintiff's application to proceed <u>in forma pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within 30 days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 6). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Joe Hughes, Dr. De-Saint Felix, Dorothy Langel, Deborah Louise York, Dr. Barnes, Connie Hubbard, and Correctional Medical Services, Inc. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on Defendants in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff's Motion for the Appointment of Counsel is hereby DENIED without prejudice.

1

IT IS SO ORDERED this 30th day of November, 2010

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE