**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JACOB THOMAS EARLS
ADC #114556**                                                                                                          **PLAINTIFF**

**v.**                           **CASE NO. 5:10cv00299 BSM/JTK**

**DR. JOE HUGHES,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 30] submitted by United States Magistrate Judge Jerome T. Kearney have been received. Plaintiff objects. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion [Doc. No. 9] for preliminary injunctive relief is DENIED.

IT IS SO ORDERED this 11th day of May, 2011.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE