IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS,                                                                              PLAINTIFF
ADC #114556

v.                                          5:10-cv-00299-BSM-JTK

JOE HUGHES, et al.                                                                              DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 38). Defendants filed a Response to the Motion (Doc. No. 43).

In his Motion, Plaintiff states that Defendants have not responded to his discovery requests. In their Response, Defendants state they properly responded to three sets of discovery received from Plaintiff, and that had Plaintiff complied with Local Rule 7.2 by conferring with them prior to filing his Motion, they would have re-mailed their responses. Defendants attach a copy of their discovery responses (Doc No. 43-1) and ask that Plaintiff's Motion be denied. In light of Defendants' Response, the Court will deny the Motion. The Court also reminds Plaintiff of his responsibility to confer in good faith with Defendants prior to filing discovery-related motions, pursuant to Local Rule 7.2. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 38) is DENIED as moot.

IT IS SO ORDERED this 1st day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE