**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JACOB THOMAS EARLS,                                                                                          PLAINTIFF
ADC #114556

v.                                              5:10-cv-00299-BSM-JTK

JOE HUGHES, et al.                                                                                          DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Motion to Dismiss for Lack of Prosecution (Doc. No. 55) within ten days of the date of this Order.  Failure to respond shall result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 26th day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE