IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS,                                                                      PLAINTIFF
ADC #114556

v.                              5:10CV00299-BSM-JTK

DR. JOE HUGHES, et al.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of September, 2011.


_____
UNITED STATES DISTRICT JUDGE